# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 14, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  United States
           v. Washington, et al.
           No. 21-404
           (Your No. 19-35673)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2021 and placed on the docket September 14, 2021 as No. 21-404.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst