# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      **Re:  United States**
           **v. Washington, et al.,**
           **No. 21-404 (Your docket No. 19-35673)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                 Sincerely,

                                 SCOTT S. HARRIS, Clerk

                                 By

                                 Michael Altner
                                 Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Mr. Noah Guzzo Purcell, Esq.
Office of the Attorney General
1125 Washington Street, SE
P.O. Box 40100
Olympia, WA 98504-0100

     **Re:  United States**
           **v. Washington, et al.,**
           **No. 21-404**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioner is given recovery of costs in this Court as follows:

        **Printing of record:**    **$2,077.64**
        **Total:**              **$2,077.64**

This amount may be recovered from the respondents.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                Michael Altner
                Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the Ninth Circuit
      (Your docket No. 19-35673)

# Supreme Court of the United States

### No. 21–404

### UNITED STATES

Petitioner

v.

### WASHINGTON, ET AL.

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, United States, recover from Washington, et al., Two Thousand Seventy-seven Dollars and Sixty-four Cents ($2,077.64) for costs herein expended.

June 21, 2022

**Printing of record:**     <u>**$2,077.64**</u>
**Total:**                            $2,077.64

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States